# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

Blue Tee Corp.,                                )
                        Plaintiff,            )
vs.                                            ) No. 03-5011-CV-SW-FJG
                                )
ASARCO, LLC, et al.,                           )
                    Defendants.  )

## ORDER

Pending before the Court is Plaintiff's Motion for Entry of Judgment Pursuant to Rule 54(b) and Supporting Suggestions (Doc. No. 217). After filing the motion, plaintiff filed a suggestion of bankruptcy as to Defendant ASARCO (Doc. No. 219), noting that Defendant ASARCO has filed for bankruptcy under Chapter 11 in the United States Bankruptcy Court in Corpus Christi, Texas. Plaintiff suggests that the filing of the petition in bankruptcy acts as an automatic stay of the proceedings as to Defendant ASARCO.

This Court agrees, and for good cause shown, **IT IS ORDERED** that all proceedings in this matter between Plaintiff and Defendant ASARCO are hereby **STAYED** until further Order. The parties **SHALL** provide reports regarding Defendant ASARCO's bankruptcy case status beginning on October 1, 2005, and continuing every following two months until Defendant ASARCO's bankruptcy case is resolved. Furthermore, because of the bankruptcy stay in this case, the Court **PROVISIONALLY DENIES** Plaintiff's Motion for Entry of Judgment Pursuant to Rule 54(b) and Supporting Suggestions (Doc. No. 217).

Said motion may be reinstated following completion of the bankruptcy proceedings.

**IT IS SO ORDERED.**

/s/Fernando J. Gaitan, Jr.
Fernando J.  Gaitan, Jr.
United States District Judge

Dated:   August 26, 2005
Kansas City, Missouri